

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00586-CV

Ryan **JONES** and Lake Flato Architects, Inc.,
Appellants

v.

Selina **MALONEY**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-17778
Honorable Richard Price, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the joint motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED March 24, 2021.

_____
Rebeca C. Martinez, Chief Justice